# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00240-CV

**L. L., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## NO. 51130, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant L.L., Jr. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Appellant's Motion

Filed: June 9, 2021